| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON | |
| NANCY GOODSPEED,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE, a municipal corporation in and for the State of Washington; DAVID CONDON, an individual, THERESA SANDERS, an individual, HEATHER LOWE, a married individual, and OCCUPATIONAL MEDICINE ASSOCIATES, a Washington corporation,<br><br>                Defendants. | NO. 2:16-CV-0284-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER |

BEFORE THE COURT is the parties Stipulated Motion for Entry of Protective Order (ECF No. 31). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed. For good cause shown, the Stipulated Motion will be granted.

//

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF PROTECTIVE ORDER ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Parties' Stipulated Motion for Entry of Protective Order (ECF No. 31) is **GRANTED**. The Stipulated Protective Order at ECF No. 31-1 is approved and shall govern discovery in this litigation.

The District Court Executive is directed to enter this Order, furnish copies to counsel.

**DATED** April 27, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF PROTECTIVE ORDER ~ 2