UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY GOODSPEED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SPOKANE, a municipal corporation in and for the State of Washington; DAVID CONDON, an individual, THERESA SANDERS, an individual, HEATHER LOWE, a married individual, and OCCUPATIONAL MEDICINE ASSOCIATES, a Washington corporation,<br><br>　　　　　　Defendants. | NO. 2:16-CV-0284-TOR<br><br>ORDER GRANTING STIPULATED DISMISSAL OF OCCUPATIONAL MEDICINE ASSOCIATES, P.S. |

BEFORE THE COURT is the parties' Stipulated Notice of Voluntary Dismissal (ECF No. 51). This matter was submitted for consideration without oral argument. The parties have stipulated to the dismissal of all claims alleged against Defendant Occupational Medicine Associates, P.S. in this action with prejudice and without fees or costs against any party.

ORDER GRANTING STIPULATED DISMISSAL OF OCCUPATIONAL MEDICINE ASSOCIATES, P.S. ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendant Occupational Medicine Associates, P.S. in this matter are **DISMISSED** with prejudice and without fees or costs against any party.

Defendant Occupational Medicine Associates, P.S.'s pending Motion for Summary Judgment (ECF No. 24) is **DENIED** as moot and the pending hearing is stricken.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and terminate Occupational Medicine Associates, P.S. from the docket in this case.

**DATED** October 24, 2017.



THOMAS O. RICE
Chief United States District Judge