# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY GOODSPEED,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SPOKANE, DAVID CONDON, THERESA SANDERS, HEATHER LOWE, and OCCUPATIONAL MEDICINE ASSOCIATES,<br><br>        Defendants. | CASE NO.: 2:16-CV-0284-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 53). The parties have stipulated that all claims and causes of action by Plaintiff against all Defendants may be dismissed with prejudice and without an award of costs or fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

All hearings and the jury trial are stricken from the Court's calendar as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 21, 2017.



THOMAS O. RICE
Chief United States District Judge